UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RODERICK J MOELLER, DONALD E
DARDEN

    VS                                    CASE NO.  4:03-mc-00007-SPM

D E FREY & CO INC,
CORRESPONDENT SERVICES
CORPORATION, MARSHALL R
CASSEDY, JR

**JUDGMENT**

This action came before the Court with the Honorable Stephan P. Mickle presiding.  The issues have been heard and a decision has been rendered. Judgment is entered directing Respondent Cassedy to pay to Petitioners the amount of $82,833.13 as the Petitioners' prevailing parties' attorneys' fees pursuant to Florida Statutes, Section 517.211(6). Interest on the judgment shall run from March 15, 2005

                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        s/ Debi Boone

February 8, 2006
DATE                              Deputy Clerk: Debi Boone